## Pearson Unemployment Compensation Case.
## Holstein, Appellant, *v.* Unemployment Compensation Board of Review.

Submitted March 16, 1970. *Rudolph M. Wertime*, for claimant, appellant; *Sydney Reuben*, Assistant Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

WRIGHT, P. J., dissents.

## Sanelli Unemployment Compensation Case.

Argued March 20, 1970. *Alderico Sanelli*, claimant, appellant, in propria persona; *Sydney Reuben*, Assistant Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.